FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Feb 26 2021

JAMES N. HATTEN, Clerk

By: s/Angela Smith
**Deputy Clerk**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASHRAF TAHA | Criminal Information<br><br>No. 1:21-CR-069 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 8, 2020, in the Northern District of Georgia, the defendant, ASHRAF TAHA, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and the Department of Commerce Bureau of Industry and Security (BIS), did knowingly and willfully make a materially false statement to ATF Special Agent E.N. and BIS Special Agent W.B., in that, in connection with the ATF and BIS investigation of various criminal offenses, the defendant stated that certain firearms were stored at his mother's residence, when, in fact, as he then and there well knew, those firearms were not stored at his mother's residence, all in violation of Title 18, United States Code, Section 1001(a)(2).

KURT R. ERSKINE
*Acting United States Attorney*

*/s/ Theodore Hertzberg*
THEODORE S. HERTZBERG
*Assistant United States Attorney*
Georgia Bar No. 718163

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181