```
                                          FILED IN CHAMBERS
                                             U.S.D.C ATLANTA

                                    Date: Feb 26 2021

                                    JAMES N. HATTEN, Clerk

                                    By: s/Angela Smith
                                              Deputy Clerk
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | Criminal Action No. |
| ASHRAF TAHA | 1:21-CR-069 |

I, Ashraf Taha, the above-named defendant, who is accused of making a false statement, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on February 26, 2021 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Ashraf Taha*
Ashraf Taha
Defendant

*Iris E Rubin*
Iris Rubin
Counsel for Defendant

Before _____
           Judicial Officer